## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

June 29, 2006

United States Attorney's Office

Thomas W. Patton, AFPD

Todd Stahli c/o Thomas W. Patton, AFPD

U.S. Marshal

Probation Office

    Re:  United States of America v. Todd Stahli
          Criminal No. 03-34E

Dear Counsel:

    Please be advised that the Supervised Release Hearing for defendant Todd Stahli scheduled in the above captioned matter on Tuesday, August 22, 2006 at 10:00 a.m. is hereby **RE-SCHEDULED** for Tuesday, August 22, 2006 at 8:30 a.m. before Judge Maurice B. Cohill, Jr. in Courtroom A, 2nd Floor, Erie, Pennsylvania. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

                                    Very truly yours,

                                    John Galovich, Deputy Clerk
                                    To Judge Maurice B. Cohill, Jr.