IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-34 Erie |
| ) | |
| TODD HAROLD STAHLI ) | |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Todd Harold Stahli, FZ4356, Year of Birth: 1972, Caucasian, Male.

2. Detained by: SCI Graterford, P.O. Box 246, Graterford, Pennsylvania 19426.

3. Detainee was charged in the Western District of New York, Buffalo, by Indictment, charging detainee with violating Title 21, United States Code, Section 846.

4. Jurisdiction of this Detainee was transferred from the Western District of New York, Buffalo, to the Western District of Pennsylvania, Erie on August 13, 2002.

5. Detainee is presently confined in SCI Graterford, Graterford, Pennsylvania, serving a sentence on a state charge.

6. The above case is set for a supervised release revocation hearing at Erie, Pennsylvania on August 22, 2006, at 8:30 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

7. The Superintendent of SCI Graterford, Graterford, Pennsylvania has no objection to the granting of this petition.

s/Marshall J. Piccinini
MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and to hold the detainee in federal custody until the completion of trial on federal charges.

IT IS FURTHER ORDERED that when detainee's presence shall no longer be necessary for the above-referenced case, said detainee shall be returned to the above-named custodian.

_____       _____
DATE                                 SENIOR UNITED STATES DISTRICT JUDGE

cc:  United States Attorney