IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 03-34 E |
| | ) | |
| TODD STAHLI | ) | |

### ORDER

AND NOW, this __3rd__ day of August, 2006, after a review of the defendant's Motion to Continue Hearing on Petition to Revoke Supervised Release, it is hereby ORDERED, ADJUDGED, and DECREED that the motion is GRANTED. The hearing on the petition to revoke Defendant's supervised release is indefinitely postponed pending resolution of his appeal of his conviction presently pending before the Supreme Court of Pennsylvania.

IT IS FURTHER ORDERED that the defendant's counsel, Thomas Patton, AFPD, shall notify the court when the state court appeal has been resolved so that this matter can be rescheduled.

s/Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior United States District Court Judge