✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | PENNSYLVANIA |

UNITED STATES OF AMERICA

V.

TODD STAHLI

**NOTICE**

CASE NUMBER: 1:03CR034

TYPE OF CASE:

☐ CIVIL        X CRIMINAL

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | COURTROOM NO. A, Second Floor |
|---|---|
| United States District Court<br>17 South Park Row<br>Erie, Pennsylvania 16501 | DATE AND TIME<br>**Wednesday, August 8, 2007, at 2:30 p.m.** |

TYPE OF PROCEEDING

SUPERVISED RELEASE VIOLATION HEARING

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U. S. District Court<br>Courtroom A, Second Floor<br>17 South Park Row<br>Erie, PA 16501 | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

MAURICE B. COHILL, JR.
United States District Judge

June 21, 2007
DATE

s/David J. Chobot
Deputy Clerk

To: