# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States

vs.

Todd Stahli

Defendants

CR 03-34E

HEARING ON **Hearing on violations of Supervised Release**

Before **MAURICE B. COHILL, JR.**

**MARSHALL PICCININI, AUSA**   **TOM PATTON, A-FPD**

Appear for Plaintiff   Appear for Defendant

Hearing Begun **8/8/07 2:30pm**   Hrg Adjourned to

Hrg concluded C.A.V. **2:50pm**   Stenographer **KAREN EARLY**

## WITNESSES
For Plaintiff   For Defendant

Defendant's appeals have been completed and his convictions in state court stand, thus he admits the violations.

Defendant's Supervised Release is Revoked, and imposes a sentence of imprisonment of 24 months, to run consecutive to any term of imprisonment Defendant is now serving, no supervised release thereafter. ORDER TO BE ENTERED.